**Cleo M. DICKEY, Petitioner, v. UNITED STATES of America.**

No. 13597.

Circuit Court of Appeals, Eighth Circuit.

July 28, 1947.

Cleo M. Dickey, pro se.

PER CURIAM.

Petition to appeal in forma pauperis from order of the District Court of the United States for the Western District of Missouri filed May 24, 1947, etc., denied.